FILED
08 NOV -6 PM 4:28
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE DELGADO-MARTINEZ, et al., <br><br> Defendant. | Criminal Case 08cr3331-JM <br><br> ORDER TO EXONERATE BOND OF MATERIAL WITNESS AND REFUND DEPOSIT TO SURETY <br><br> MATERIAL WITNESS: TERESA MONDRAGON LARA |

ORDER

**IT IS ORDERED** that the bond posed with this Court and deposited with the Clerk of the Court to secure the presence of material witness **TERESA MONDRAGON LARA** shall be exonerated and the $500.00 deposited with the Clerk Cashier be returned to the surety:

Vincenta Vera
1940 Meyer Place
Costa Mesa CA 92627

DATED: 11-5-08

_____
United States Judge